IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

VERNELLE JONES,
FORMER PERSONAL
REPRESENTATIVE OF THE
ESTATE OF MERVIN ALLEN
JONES, SR.,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-1927

      Appellant,

v.

PETER C. K. ENWALL,
SUCCESSOR PERSONAL
REPRESENTATIVE OF THE
ESTATE OF MERVIN ALLEN
JONES, SR.,

      Appellee.

_____/

Opinion filed May 26, 2016.

An appeal from an order of the Circuit Court for Alachua County.
Donna M Keim, Judge.

Vernelle Jones, Former Personal Representative of the Estate of Mervin Allen Jones, Sr., pro se, Appellant.

Peter C. K. Enwall, Successor Personal Representative of the Estate of Mervin Allen Jones, Sr., pro se, Appellee.


PER CURIAM.

      DISMISSED.

RAY, MAKAR, and OSTERHAUS, JJ., CONCUR.